IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MARC WAYNE HOLLIDAY,          )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )        2:18cv535-MHT
                              )          (WO)
DAVID KARN, Court             )
Appointed Counsel, and        )
SIBLEY REYNOLDS, Circuit      )
Court Judge,                  )
                              )
        Defendants.           )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state
prisoner, filed this lawsuit challenging his
second-degree sodomy conviction and resulting sentence
imposed upon him by the Circuit Court of Chilton
County, Alabama and contending that the defendants, the
judge and his court-appointed attorney in his criminal
case, violated his constitutional rights. This lawsuit
is now before the court on the recommendation of the
United States Magistrate Judge that plaintiff's case be
dismissed. Also before the court are plaintiff's

objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of June, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**